UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cr-00061-2

**United States of America**

v.

**Natalia Semenova**

## FINAL ORDER OF FORFEITURE

On September 21, 2023, the court entered a preliminary order of forfeiture pursuant to 21 U.S.C. § 853(a). Doc. 118. Because the forfeiture order consists only of cash proceeds obtained by the defendant, no ancillary proceeding is required to adjudicate the interests of third parties in the forfeited property. Federal Rule of Criminal Procedure 32.2(c)(1). Accordingly, the government's motion for final order of forfeiture (Doc. 167) is granted.

It is further ordered that the defendant, Natalia Semenova, shall forfeit to the United States the sum of $20,000.00 and all interest and proceeds thereto, representing the amount of proceeds obtained by defendant as a result of the offense alleged in count one of the information and for which defendant is personally liable, pursuant to 21 U.S.C. § 853(a).

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this order of forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

Pursuant to Rule 32.2(e), the government may, at any time, move to amend this order of forfeiture to include substitute property having a value not to exceed $20,000.00 to satisfy the cash proceeds sought for forfeiture in whole or in part.

The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

*So ordered by the court on November 16, 2023.*

_____
J. CAMPBELL BARKER
United States District Judge